No. 26-5041

# United States Court of Appeals for the Ninth Circuit

JOSEPH TAYLOR, MICK CLEARY, AND JENNIFER NELSON,

*Plaintiffs-Appellees*,

v.

GOOGLE LLC,

*Defendant-Appellee.*

*Appeal from the U.S. District Court for the Northern District of California, Case No. 20-cv-7956, before the Honorable Virginia K. DeMarchi*

## PLAINTIFFS-APPELLEES' MOTION TO DISMISS FOR WANT OF JURISDICTION

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
KOREIN TILLERY LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com

On August 3, 2026, pro se objector-appellant Jimmie A. McCorvey filed a Notice of Appeal, purporting to appeal an "Order Granting Final Approval of Class Action Settlement, entered on June 23, 2026 and from all related orders adverse to Objector, including any order overruling, denying, or rejecting Objector McCorvey's objection to the proposed class action settlement." Notice of Appeal, *Taylor v. Google LLC*, No. 20-cv-7956 (N.D. Cal. Aug. 3, 2026), ECF 394 at 1. Mr. McCorvey further purports to appeal "any order granting attorneys' fees, costs, service awards, incentive awards, or settlement-administration relief to the extent such orders are part of, dependent upon, or related to the approval of the settlement." *Id.*

No such orders exist. *See* Exhibit A (copy of district court docket as of August 7, 2026). As of the date of Mr. McCorvey's Notice of Appeal, the District Court had not entered any order granting final approval of the proposed settlement in this case, overruling any objections, or granting any attorneys' fees, costs, or incentive awards. *See id.* Nor has the District Court entered a final judgment, final decision, or other appealable order. *See id.* Because the District Court has entered no appealable order, this Court lacks jurisdiction over Mr. McCorvey's purported appeal under 28 U.S.C. § 1291, and this appeal should be dismissed. *See United States v. Allahyari*, 99 F.4th 486, 491 (9th Cir. 2024).

Respectfully submitted,

*/s/ Glen E. Summers*

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
Bartlit Beck LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
Korein Tillery LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com