No. 26-5041

# United States Court of Appeals for the Ninth Circuit

JOSEPH TAYLOR, MICK CLEARY, AND JENNIFER NELSON,

*Plaintiffs-Appellees*,

v.

GOOGLE LLC,

*Defendant-Appellee.*

*Appeal from the U.S. District Court for the Northern District of California, Case No. 20-cv-7956, before the Honorable Virginia K. DeMarchi*

## PLAINTIFFS-APPELLEES' CERTIFICATE OF SERVICE

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
KOREIN TILLERY LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com

I hereby certify that on August 7, 2026, I served Plaintiffs-Appellees' Motion to Dismiss for Want of Jurisdiction (ECF 3) via U.S. mail upon the following case participant who is not registered for electronic filing:

Jimmie A. McCorvey
341 East Ensley Street
Pensacola, Florida 32514

Respectfully submitted,

*/s/ Glen E. Summers*

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
Bartlit Beck LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
Korein Tillery LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com