No. 26-5041

# United States Court of Appeals for the Ninth Circuit

JOSEPH TAYLOR, MICK CLEARY, AND JENNIFER NELSON,

*Plaintiffs-Appellees*,

v.

GOOGLE LLC,

*Defendant-Appellee.*

*Appeal from the U.S. District Court for the Northern District of California, Case No. 20-cv-7956, before the Honorable Virginia K. DeMarchi*

## PLAINTIFFS-APPELLEES' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
Georga A. Zelcs
Chad E. Bell
KOREIN TILLERY LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@ koreintillery.com
cbell@ koreintillery.com

On August 3, 2026, pro se objector-appellant Jimmie A. McCorvey filed a Notice of Appeal. This Court docketed the appeal on August 6, 2026, and issued a Scheduling Notice. After that date, Mr. McCorvey had an obligation to prosecute his appeal in compliance with the Ninth Circuit's rules. As relevant here, Mr. McCorvey (1) was required to pay a docketing fee to the district court, *see* 9th Cir. R. 3-1; (2) was required within seven days to serve appellees "a notice specifying which portions of the transcript appellant intends to order from the court reporter, as well as a statement of the issues the appellant intends to present on appeal," *see* 9th Cir. R. 10-3.1(a); and (3) was required within 14 days to "file a transcript order in the district court," *see* 9th Cir. R. 10-3.1(d). This Court's Scheduling Notice explicitly informed Mr. McCorvey of his August 17 deadline for filing a transcript order and warned that "[f]ailure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1." ECF 2.

Mr. McCorvey has not complied with any of these requirements. He has not paid the docketing fee; he has not served Plaintiffs-Appellees with a transcript notice or statement of issues; and he has not filed a transcript order by the deadline imposed by this Court. Each of these failures is grounds for dismissal. 9th Cir. R. 42-1 ("When an appellant fails to file a timely record, pay the docket fee, file a timely brief, or otherwise comply with rules requiring processing the appeal for hearing, an order may be entered by the clerk dismissing the appeal."); *see Slevira v. Billings Police Dep't*, No. 25-5353, 2025 WL 3458619, at *1 (9th Cir. Oct. 23, 2025) (dismissing appeal where

appellant "has not paid the fees for this appeal"); *Sw. Adm'rs, Inc. v. Lopez*, 781 F.2d 1378, 1380 (9th Cir. 1986) (holding that failure to provide a transcript "warrants dismissal of the appeal"); *Spears v. Shell Oil Co.*, 249 F.2d 396, 396 (9th Cir. 1957) (per curiam) (granting motion to dismiss appeal where "docket fee had not been paid").

Accordingly, this Court should dismiss Mr. McCorvey's appeal for failure to prosecute it, in addition to the reasons identified in Plaintiff-Appellees' Motion to Dismiss for Want of Jurisdiction.

Respectfully submitted,
*/s/J. Jacob Marsh*

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
Bartlit Beck LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
Georga A. Zelcs
Chad E. Bell
Korein Tillery LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@ koreintillery.com
cbell@ koreintillery.com